UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHENIERE LNG TERMINALS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PARALLAX ENERGY LLC, PARALLAX § <br> ENTERPRISES LLC, PARALLAX § <br> ENTERPRISES (NOLA), LLC, LIVE OAK § <br> LNG LLC, LIVE OAK LNG PIPELINE LLC, § <br> MOSS LAKE LNG LLC, AND CALCASIEU § <br> LNG LLC, § <br> § <br> Defendants. § <br> § | CIVIL ACTION NO: 4:16-cv-00286 |

**PLAINTIFF CHENIERE LNG TERMINALS, LLC'S
CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Cheniere LNG Terminals, LLC provides the following disclosures pursuant to Rule 7.1 and the Court's Order for Conference and Disclosure of Interested Parties. The following entities are financially interested in the outcome of this litigation:

1. Plaintiff Cheniere LNG Terminals, LLC. The parent company of Cheniere LNG Terminals, LLC is <u>Cheniere Energy, Inc</u>.

2. Defendant Parallax Energy LLC.

3. Defendant Parallax Enterprises LLC.

4. Defendant Parallax Enterprises (NOLA) LLC.

5. Defendant Live Oak LNG LLC.

6. Defendant Live Oak LNG Pipeline LLC.

7. Defendant Moss Lake LNG LLC.

8. Defendant Calcasieu LNG LLC.

547252.1

Dated: February 22, 2016.

                                              Respectfully submitted,

                                      By:  */s/ Craig Smyser*
                                      Craig Smyser
                                      (*Attorney in Charge*)
                                      State Bar No. 18777575
                                      S.D. Tex. ID No. 848
                                      Justin M. Waggoner
                                      State Bar No. 24003122
                                      S.D. Tex. ID No. 23098
                                      SMYSER KAPLAN & VESELKA, L.L.P.
                                      700 Louisiana St., Suite 2300
                                      Houston, Texas 77002
                                      (713) 221-2300
                                      (713) 221-2320 (Fax)
                                      csmyser@skv.com
                                      jwaggoner@skv.com

                                      **ATTORNEYS FOR PLAINTIFF**
                                      **CHENIERE LNG TERMINALS, LLC**

Of Counsel:

Richard C. Pepperman II
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, New York 10004-2498
(212) 558-4000
(212) 558-3588 (FAX)
peppermanr@sullcrom.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 22, 2016, I electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF which will send an electronic notice to all attorneys of record.

                                            /s/  Craig Smyser
                                        Craig Smyser

547252.1