# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**CHENIERE LNG TERMINALS, LLC**

**VERSUS**

**PARALLAX ENERGY LLC, et al.**

**C.A. NO. 4:16-CV-0286**
**Consolidated with**
**4:16-CV-1628**

***Pertains to C.A. No. 4:16-CV-1628 only***

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Parallax Enterprises, LLC, Plaintiff in Case No. 4:16-CV-1628, who files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No party has filed either an answer or a motion for summary judgment and, accordingly, Plaintiff is entitled to dismiss this matter without prejudice on notice. Plaintiff dismisses the entirety of its claims in Case No. 4:16-CV-1628 without prejudice, and reserving all rights, claims, and/or defenses it may have in Case No. 4:16-CV-0286.

Respectfully submitted,

BY:   */s/ David L. Patrón*
David L. Patrón, (LA Bar #22566)
Federal ID #706638
Canal Place | 365 Canal Street,
Suite 2000
New Orleans, Louisiana 70130-
6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: david.patron@phelps.com

**ATTORNEY-IN-CHARGE FOR
DEFENDANT PARALLAX
ENTERPRISES LLC**

OF COUNSEL:
**PHELPS DUNBAR LLP**

Marc G. Matthews
Texas Bar #2405592
Federal ID #705809
One Allen Center
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: 713-626-138
Telecopier: 713-626-1388
Email:Marc.matthews@phelps.com

-and-

Thomas Kent Morrison, (LA Bar #25802)
*Admission Pro Hac Vice to be Requested*
Arthur R. Kraatz, (LA Bar #35194)
Federal ID #2895505
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: kent.morrison@phelps.com
arthur.kraatz@phelps.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was filed electronically with the Clerk, with a copy thereof furnished to all known counsel of record electronically by the Clerk or by the undersigned counsel via email on this the 22nd day of August, 2016.

*/s/ David L. Patrón*