United States District Court
Southern District of Texas
**ENTERED**
April 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHENIERE LNG TERMINALS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| PARALLAX ENERGY LLC, PARALLAX ENTERPRISES LLC, PARALLAX ENTERPRISES (NOLA) LLC, LIVE OAK LNG LLC, LIVE OAK LNG PIPELINE LLC, MOSS LAKE LNG LLC, AND CALCASIEU LNG LLC, | § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-00286 |
| Defendants. | § | JUDGE DAVID HITTNER |

## ORDER

Pending before the Court is the parties' Second Joint Motion to Modify Scheduling Order. The Court finds and holds that the Motion should be GRANTED. Accordingly, it is ORDERED that the following deadlines set forth in the Court's Amended Rule 16 Scheduling Order (Doc. No. 36) are modified as set forth below:

| | |
|---|---|
| June 15, 2017 | New parties shall be joined, with leave of Court |
| July 15, 2017 | Plaintiff/Counter-Plaintiff expert designation |
| September 7, 2017 | Defendant/Counter-Defendant expert designation |

602930.v1

| | |
|---|---|
| July 12, 2017 | Amendments to pleadings, with leave of Court |
| November 17, 2017 | Discovery cut-off |
| December 1, 2017 | Motion cut-off |

SIGNED on **Apr. 27**, 2017.

_____
DAVID HITTNER
United States District Judge

2

602930.v1