United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHENIERE LNG TERMINALS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PARALLAX ENERGY LLC, | § | |
| PARALLAX ENTERPRISES LLC, | § | CIVIL ACTION NO. |
| PARALLAX ENTERPRISES (NOLA) | § | 4:16-cv-00286 |
| LLC, LIVE OAK LNG LLC, LIVE | § | |
| OAK LNG PIPELINE LLC, MOSS | § | |
| LAKE LNG LLC, AND CALCASIEU | § | |
| LNG LLC, | § | |
| | § | |
| Defendants. | § | JUDGE DAVID HITTNER |

## ORDER

Pending before the Court is the parties' Joint Motion to Modify Scheduling Order. The Court finds and holds that the Motion should be GRANTED. Accordingly, it is ORDERED that the following deadlines set forth in the Court's Amended Rule 16 Scheduling Order (Doc. No. 38) are modified as set forth below:

| | |
|---|---|
| August 31, 2017 | New parties shall be joined, with leave of Court |
| May 1, 2018 | Plaintiff/Counter-Plaintiff expert designation |
| June 1, 2018 | Defendant/Counter-Defendant expert designation |
| July 1, 2018 | Amendments to pleadings, with leave of Court |
| August 1, 2018 | Discovery cut-off |
| September 1, 2018 | Motion cut-off |

660058.1

October 2018          Trial


SIGNED on _June 13_, 2017.

DAVID HITTNER
United States District Judge

660058.1